JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br>   Plaintiff,<br><br>       v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br>   Defendant. | 2:23-cv-10732-DSF-PDx<br><br>JUDGMENT |

The Court having granted a motion to dismiss and Plaintiff having indicated that it will not amend its complaint,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 16, 2024

_____
Dale S. Fischer
United States District Judge